PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __MARTIN__, __RICHARD__ _____
    (Last)      (First)      (Initial)

Prisoner Number __V-30052__

Institutional Address __HIGH DESERT STATE PRISON, P.O. BOX 3030, SUSANVILLE, CA 96127__

================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD MARTIN _____ )
(Enter the full name of plaintiff in this action.) )
                vs. ) Case No. __C 07 3571 SBA__
T. FELKER, WARDEN _____ ) (To be provided by the clerk of court)
_____ )
_____ ) PETITION FOR A WRIT
_____ ) OF HABEAS CORPUS
_____ ) (PR)
(Enter the full name of respondent(s) or jailor in this action) )
_____ )

================================================================

Read Comments Carefully Before Filling In

When and Where to File

    You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

    If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB CORPUS       - 1 -

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

## A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

   (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

   SANTA CLARA COUNTY SUPERIOR COURT
   
   Court                     Location

   (b) Case number, if known   CC467177

   (c) Date and terms of sentence   12 YEARS STATE PRISON

   (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)   Yes XX   No ____

   Where?
   Name of Institution:  HIGH DESERT STATE PRISON
   Address:  P.O. BOX 3030, SUSANVILLE, CA 96127

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

   SECOND DEGREE ROBBERY, AND STREET GANG ENHANCEMENT

PET. FOR WRIT OF HAB. CORPUS           - 2 -

3. Did you have any of the following?

    Arraignment:                                     Yes __X__    No _____

    Preliminary Hearing:                    Yes __X__    No _____

    Motion to Suppress:                   Yes _____    No _____

How did you plead?

    Guilty _____    Not Guilty _____    Nolo Contendere __NO CONTEST__

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury _____    Judge alone _____    Judge alone on a transcript _____

6. Did you testify at your trial?    Yes _____    No _____

7. Did you have an attorney at the following proceedings:

    (a) Arraignment                               Yes __X__    No _____

    (b) Preliminary hearing                         Yes __X__    No _____

    (c) Time of plea                                 Yes __X__    No _____

    (d) Trial                                           Yes _____    No _____

    (e) Sentencing                                   Yes __X__    No _____

    (f) Appeal                                        Yes __X__    No _____

    (g) Other post-conviction proceeding    Yes _____    No __X__

8. Did you appeal your conviction?    Yes __X__    No _____

    (a) If you did, to what court(s) did you appeal?

    Court of Appeal                             Yes __X__    No _____

    Year: __2006__    Result: __AFFIRMED__

    Supreme Court of California          Yes __X__    No _____

    Year: __2006__    Result: __DENIED__

    Any other court __U.S. SUPREME COURT;__    Yes __X__    No _____

    Year: __2007__    Result: __DENIED__

    (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

| | | petition? | Yes X | No ___ |
|---|---|---|---|---|
| | (c) | Was there an opinion. | Yes X | No ___ |
| | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| | | | Yes ___ | No X |

If you did, give the name of the court and the result:

COURT OF APPEAL, SIXTH APPELLATE DISTRICT

AFFIRMED

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes X   No ___

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: CALIFORNIA SUPREME COURT

Type of Proceeding: PETITION FOR REVIEW

Grounds raised (Be brief but specific):

a. THE TRIAL COURT ERRED AND OR ABUSED ITS DISCRETION IN REFUSING TO
b. STRIKE STREET GANG ENHANCEMENT IN VIOLATION OF APPELLANT'S STATE
c. AND FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS OF LAW
d. _____

Result: DENIED    Date of Result: 11-29-06

II. Name of Court: UNITED STATE SUPREME COURT

Type of Proceeding: PETITION FOR WRIT OF CERTIORARI

Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS         - 4 -

1  a. _____SAME AS ABOVE_____

2  b. _____

3  c. _____

4  d. _____

5  Result: __DENIED_____ Date of Result: __2-23-07__

6  III.  Name of Court: _____

7  Type of Proceeding: _____

8  Grounds raised (Be brief but specific):

9  a. _____

10  b. _____

11  c. _____

12  d. _____

13  Result: _____ Date of Result: _____

14  IV.  Name of Court: _____

15  Type of Proceeding: _____

16  Grounds raised (Be brief but specific):

17  a. _____

18  b. _____

19  c. _____

20  d. _____

21  Result: _____ Date of Result: _____

22  (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

23  Yes _____  No _X_

24  Name and location of court: ___NA_____

25  B. GROUNDS FOR RELIEF

26  State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS       - 5 -

1 need more space. Answer the same questions for each claim.

2 [Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: SEE ATTACHED SHEET:

Supporting Facts: SEE ATTACHED SHEET:

Claim Two: ___

Supporting Facts: ___

Claim Three: ___

Supporting Facts: ___

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:
THE GROUND RAISED HEREIN HAS BEEN FULLY EXHAUSTED.

## GROUND ONE

THE TRIAL COURT ERRED AND OR ABUSED ITS DISCRETION IN REFUSING TO STRIKE STREET GANG ENHANCEMENT IN VIOLATION OF APPELLANT'S STATE AND FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS OF LAW.

### SUPPORTING FACTS

Penal Code section 186.22 reads as follows: " Notwithstanding any other law, the court may Strike the Additional punishment for the enhancement provided in this section or refuse to impose the minimum jail sentence for misdemeanors in an unusual case where the interest of justice would best be served, if the court specifies on the record and enters into the minutes the circumstance indicating that the interest of justice would best be served by that disposition".

Appellant, Richard Martin, respectfully submits that the most Honorable Trial Court Judge, perhaps inadvertently, but nonetheless on 10-27-05 abused his discretion in denying appellant's March 4, 2005 verbal request for , the then alleged, Stret Gang Enhancement to be striken on the basis outlined in appellant's September 1, 2005 filed memorandum of Points and Authorities in support of the verbal motion to strike the additional punishment for the enhancement pursuant to Penal Code § 186.22(g).

Mr. Martin asserts that on October 27, 2005, when the Honorable B.C. Walsh, Judge, denied appellant's penal code § 186.22(g) motion to strike the additional 10 year sentence

enhancement, the Judge's conclusion of the law upon which he based his decision to not strike the Street gang enhancement, was both Fundamentally Flawed, and rest upon not a single decisional case authority which had already interpreted penal code § 186.22(g) legislative INTENT.

Appellant asserts that without a decisional case authority and or the Independent Legislative Analysis document which has the proponents and Opponents versions of subdivision (g)'s true purpose and Reach, the trial court judge's Road was not merely Unmapped, but for the purpose of affording Mr. Martin Substantive and Procedural Due Process of Law, it could not possibly be processed without a Fundamental Flaw. In other words, penal code section 186.22(g) mechanism is not like section 1385 of the Penal Code authority on striking sentencing enhancements, other wise the legislature would have made reference to section 1385, in Subd. (g) of section 186.22. But it deliberately chose not to.

It is appellant's contentions, Argument, and or Claim that subdivision (e) of section 186.22 Language was misinterpreted by the trial court judge because the second part of subdivision (g) which speaks to or states " in an unusual case where the interest of justice would be best serve" only applies to refusing to impose a minimum jail sentence for misdemeanors, and not the initial portion of subdivision (g), where it reads " The court may strike the additional punishment for the enhancements provided in this section", to this end, the trial court judge's conclusion of law on subdivision (g) was an abuse of discretion. And for purposes of appellate review of a statute, when it ( statute 186.22 ) is ambiguous, its interpretation must be viewed in favor of the defendant. See Simpson -v- United States, 98 S.Ct.

The Doctrine that Ambiguities in Criminal Statutes must be resolved in Favor of Lenity.

Appellant also points to the fact that neither his trial attorney's Memorandum of Points and Authorities, nor the prosecutor's Opposition cited a single Case Authority interpreting subdivision (g) of section 186.22 of the Penal Code. And More importantly, appellant's trial attorney pleaded with the court not to set a Bad Precedent in denying appellant's Motion. To wit: " I think that it is a very dangerous precedent to set, to have a sentence dictated by what it is that the prosecution files and how the prosecution files it." RT 9 CT 152-185, 187-198. Some appellate Court will issue an opinion to interpret subdivision (g) of section 186.22 of the penal code. Mr. Martin sees no reason why it should not be this instant case, as to the Interpretation of the aforementioned subdivision.

Appellant's trial attorney was also wrong in requesting the Court to review the case under the People -v- Superior Court ( Romero) 53 CR 2d 789 ( 1996 ) and People -v- Williams, 69 CR2d 917 (1998) Analysis or exception analysis, because the Statute is not Modeled after neither penal code section 667 or 1170.12. Both of the above statutes clearly refer to penal code 1385 in there individual languages. The above statutes are Three Strike Statutes. ( see subd. (d)(2) of § 1170.12 and subd. (f)(2) of penal code § 667. )

Further, in reaching a decision to not strike the Street Gang enhancement, the judge held " The legislature seems to think that gang involvement is a serious matter...This kind of crime deserved a ten-year enhancement I'm not here to

debate that. I'm not part of the legislature. My job is to apply the law....The legislature tells us that in unusual circumstances Richard should suffer a Gang enhancement". RT 20 line 25-28, page 21, line 1-2, 14-5. Now whether by misstatement or a unconscious slip of the tongue, the judge's statement show he believed he had no choice but to deny appellant's request, because he found the statute's language to be his guide and not a single fact presented in appellant's actual Motion to Strike the Street Gang enhancement. None. Not one single facts was refered to by the court as to those presented in appellant's motion. Not even Doctor Devers findings and or EXPERT Opinion, were even considered. See RT 20-22. ( Not mentioned by the Judge as he did the D.A's.)

Yes, Even the victim himself did not want for appellant to suffered a 12 year prison sentence. HOW OFTEN DOES THE VICTIM NOT WANT TO SEE THE DEFENDANT GO TO PRISON??? Indeed, Mr. Martin's case was (is) arguable as unusual for that limited purpose. The judge stated to appellant's counsel " You asked who is Richard. I Can tell you from everything I read Richard is a GANG MEMEBR..." RT 21. Because appellant was a gang member, he stood absolutely no chance whatsoever, before the Honorable Walsh, Judge to have the Street gang Enhancement Striken under penal code § 186.22(g). Thus, abuse of Discretion has been shown in this instant case.

It is as if the judge denied appellant's Motion due to the given Category of the Special allegation charged crime, that appellant was a gang member. This has been found to be an abuse of discretion and or sentencing error. See U.S. -v- Barker, 771 F2d 1362, 1365 ( 9th Cir. 1985); Dorsynski -v- U.S., 94 S.Ct. 3042 (1974) " A sentence may not be based on "Improper information." Thus denying the motion to Strike the Street Gang Enhancement simply because appellant was a

GANG MEMBER IS INAPPROPRIATE, IMPROPER, AND FUNDAMENTAL DEPRIVATION OF PETITIONER'S STATE AND FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS OF LAW. ( 14TH AMENDMENT AND ART.1 § 24 OF THE CALIFORNIA CONSTITUTION.)

ALONG WITH ALL OF THE ABOVE, PETITIONER ASSERTS THAT THE TRIAL COURT JUDGE IN THIS INSTANT CASE, DID ABUSE HIS DISCRETION, AND PETITIONER'S SENTENCE REQUIRES A REVERSAL OF SENTENCE.

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

ARMANT -v- MARQUEZ, 772 F2D 552; DORSYNSKI -v- U.S., 94 S.CT. 3042

PEOPLE -v- SUPERIOR COURT ( ROMERO ) 53 CR2D 789 ; PEOPLE -v- THOMAS 4 C 4TH 206 ; PEOPLE -v- WILLIAMS, 69 CR 2D 917; U.S. -v- BARKER, 771 F2D 1362

Do you have an attorney for this petition?        Yes____   No__X__

If you do, give the name and address of your attorney:

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct

Executed on ___JUNE 27, 2007___        /s/ Richard Martin
              Date                         Signature of Petitioner
                                           RICHARD MARTIN

(Rev 6/02)

PET FOR WRIT OF HAB. CORPUS                -7-