EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ROSS C. MOODY, State Bar No. 142541
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1376
 Fax:  (415) 703-1234
 Email:  Ross.Moody@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>                              Petitioner,<br><br>     v.<br><br>**T. FELKER, Warden,**<br><br>                              Respondent. | C 07-03571 SBA (PR)<br><br>**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent T. Felker, Warden, provides the following answer to the order to show cause why the petition should not be granted.

## I.

## **CUSTODY**

Petitioner, Richard Martin ("petitioner"), is lawfully in the "custody" of T. Felker, Warden, within the meaning of the federal habeas corpus statute, 28 U.S.C. §§ 2241(c)(3) and 2254(d), pursuant to a valid judgment of the Santa Clara County Superior Court entered in *The People of the State of California v. Richard Martin*, case number CC467177.  In a negotiated disposition, petitioner pleaded no contest to one count of second degree robbery, and admitted gang

and prior prison term enhancements, and was sentenced to a total term of 12 years in state prison. The California Court of Appeal affirmed his conviction and sentence. Exhibit 3. His petition for review was denied by the California Supreme Court. Exhibits 4, 5.

## II.

## PROCEDURAL ISSUES

Petitioner has exhausted his available state remedies as to the claim presented in the order to show cause. The claim was raised in the petition for review filed in the California Supreme Court.

The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## III.

## DENIAL OF CLAIMS

Respondent denies that petitioner suffered any deprivation of constitutional rights supporting habeas corpus relief. Specifically, respondent denies that the trial court's denial of petitioner's motion to strike the criminal gang enhancement violated his right to due process.

## IV.

## TRANSCRIPTS AND RECORDS

Copies of petitioner's briefs on appeal and petition for review before the California Supreme Court are hereby lodged with this Court, together with copies of the Clerk's Transcript, and Reporter's Transcripts which contain copies of all relevant documents and hearing transcripts. So far as respondent is aware, all relevant reported proceedings of petitioner's state trial have been transcribed. Rule 5, Rules Governing Section 2254 Cases.

## V.

## INCORPORATION BY REFERENCE

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

//

//

//

## **CONCLUSION**

WHEREFORE, respondent respectfully requests that the petition for writ of habeas corpus be denied.

Dated: November 2, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Ross C. Moody

ROSS C. MOODY
Deputy Attorney General
Attorneys for Respondent

20112068.wpd
SF2007402472

Answer To Petition For Writ Of Habeas Corpus

*Martin v. T. Felker*
C 07-03571 SBA (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Richard Martin v. T. Felker, Warden**

No.:   **C 07-03571 SBA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 6, 2007</u>, I served the attached **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Richard Martin
V-30052
High Desert State Prison
P. O. Box 3030
Susanville, CA  96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 6, 2007, at San Francisco, California.

|    Nelly Guerrero    | /s/  Nelly Guerrero |
|---|---|
| Declarant | Signature |

20112466.wpd