1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | ROSS C. MOODY, State Bar No. 142541
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 |   Telephone:  (415) 703-1376
Fax:  (415) 703-1234
8 |   Email:  Ross.Moody@doj.ca.gov

9 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**RICHARD MARTIN,**

Petitioner,

v.

**T. FELKER, Warden,**

Respondent.

C 07-03571 SBA (PR)

**NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS**

Respondent hereby submits the following exhibits and transcripts to be lodged with the court in connection with its consideration of the Answer and Memorandum of Points and Authorities in Support of Answer to Order To Show Cause in the above cause of action:

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1 | Appellant's Opening Brief |
| 2 | Appellant's Supplemental Opening Brief |
| 3 | Opinion, California Court of Appeal, September 18, 2006 |
| 4 | Appellant's petition for review |
| 5 | Order denying review |

| | | |
|---|---|---|
| 1 | 6 | Clerk's transcript (2 volumes) |
| 2 | 7 | Reporter's transcript (2 volumes) |

Dated: November 6, 2007

                          Respectfully submitted,

                          EDMUND G. BROWN JR.
                          Attorney General of the State of California

                          DANE R. GILLETTE
                          Chief Assistant Attorney General

                          GERALD A. ENGLER
                          Senior Assistant Attorney General

                          PEGGY S. RUFFRA
                          Supervising Deputy Attorney General

                          /s/ Ross C. Moody

                          ROSS C. MOODY
                          Deputy Attorney General
                          Attorneys for Respondent

20112354.wpd
SF2007402472

Notice Of Lodging Of, And Index To, Exhibits           *Martin v. T. Felker*
                                                                                                                                                                                    C 07-03571 SBA (PR)