Richard Martin
V-30052
P.O. Box 3030
Susanville, Ca 96127

In Pro Se


FILED
07 DEC 10 PM 1:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD MARTIN,        ) Case No. C 07-03571 SBA
          Petitioner,  )
                       ) PETITIONER'S MOTION FOR
                       ) ENLARGEMENT OF TIME TO
VS.                    ) PREPARE, SERVE, AND FILE
                       ) TRAVERSE
T. Felker, Warden,     )
          Respondent.  )

## INTRODUCTION

Pro Se Petitioner, Richard Martin, respectfully request of this court for an Enlargement of Time to Prepare, Serve, and File his Traverse to Respondent's Answer.

## CAUSE

Respondent's Answer cites a Brown -v- Payton, 544 U.S. 133 (2005) case which is currently unavailable to Petitioner for review in order to adequately prepare his Traverse; Petitioner is and has at all time been assisted by a fellow prisoner whom informs Petitioner that the Brown, Supra case should be made available for review with 30 days; Petitioner has not requested a previous extension of Time; Petitioner is requesting until January 15, 2008, in which to prepare, serve, and file his Traverse.

## CONCLUSION

For all of the above reasons, petitioner's Motion for Enlargement of Time should be Granted.

12/6/07

Richard Martin

1 of 1

PROOF OF SERVICE

I, Louis Francis, declare that I am not a party to the within cause of action. And that I am incarcerated at High Desert State Prison, and over the age of 18, and that on 12/6/07, I served a True and complete copy of the Petitioner's Motion for Enlargement of Time to Prepare, Serve, and File, Traverse...

And did so by handing it to institutional staff with First Class Postage prepaid in full for mailing to the following address:    Ross C. Moody, Deputy Attorney General,
    455 Golden Gate Avenue, Ste. # 11000
    San Francisco, Ca 94102-7004


    I declare under penalty of perjury that the foregoing is true and correct. Executed on 12/6/07, In Susanville, Ca

Louis Francis                    *[signature: Louis Francis]*