Richard Martin, CDCR #
California Medical Facility
P.O. Box 2000
Vacaville, CA 95422
Pro Se

January 8, 2008

RE: Pro Se Assistance Requested
Martin -v- Felker
C07-3571 SBA

Dear Clerk of the Court:

On 1/8/08 I was transferred to the California Medical Facility, and as a result all my property had (has) been taken from me for transport and storage. I do not recall my court case number but know that my requested (first request) enlargement of time to file traverse is 1/15/08.

My traverse is "99%" prepared, I need only copy, serve, and file it upon my property being given back to me.

Please assist me with obtaining the (my) court case number and record it on the accompanying request for extension of time to file traverse, and notice of change of address. Then file my pleadings.

Thanks, & God bless you.

Richard Martin
Richard Martin