Richard Martin, CDCR # _____
California Medical Facility
P.O. Box 2000
Vacaville, CA 95422

In Pro Se

**FILED**

JAN 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Richard Martin,
    Petitioner,

vs.

T. Felker, Warden,
    Respondent.

CASE NO. C 07-3571-SBA (Filed 2007)

PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE, AND NOTICE OF CHANGE OF ADDRESS

To The Honorable Court:

On or about 1/3/08 Petitioner was instructed by prison staff to turn his property over to staff for packaging and shipping to the California Medical Facility. On 1/8/08 Petitioner was transferred to the facility. Petitioner is informed and believe that he will be given back his personal property which contains his nearly complete traverse to Respondent's answer within 2 to 3 weeks.

The delay is due to prison over crowding conditions. My change of address is recorded above.

The Petitioner seeks a 30 day extension of time to finalize, serve, and file his traverse.

1/8/08

Richard Martin
Richard Martin

PROOF OF SERVICE BY MAIL
[C.C.P. 1013, 2015.;28 U.S.C. 1746]

STATE OF CALIFORNIA )
) SS:
County of Lassen )

I, (A) _Louis Francis_, am a resident of the High Desert State Prison at Susanville, County of Lassen, California, am at least 18 years of age. My mailing address is P.O. Box 3030, Susanville, CA 96127.

On (B) _1/11/_, 20_08_, I served a true and correct copy of the following document(s): (C) _Petitioner's Request for Extension of Time to File Traverse, And Notice of Change of Address_

on each party listed below by placing it in an envelope, with adequate postage or provided, and by depositing said envelope in a box for the United States Mail at HDSP, P.O. Box 3030, Susanville, CA 96127.
Each party to the action has been duly served.

This copy is being mailed to (D): Office of The Attorney General
455 Golden Gate Ave., Ste 11000
S.F., CA 94102

I have mailed additional copies to (D): Richard Martin
C.M.F.
P.O. Box 2000
Vacaville, CA   via his Mother/San Jose, CA

There is regular delivery service by the United States Mail between the above place a mailing and the parties' listed.

I declare, under penalty of perjury, that the foregoing is true and correct.
Dated (E): _1/11/08_   20_____, at Susanville, California.
Signed: _____ CDC I.D. # _K10553_

---

NA | HDSP MAILROOM ACKNOWLDEMENT OF MAILING
DATE: ✗
SIGNED: ✗