HDSP

Louis Francis
K10553 / A-1-101
P.O. Box 3030
Susanville, CA 96127

HIGH DESERT STATE PRISON

Legal Mail

US POSTAGE
$00.41⁰
01/14/2008
049.J8204657 3

A1
neopost™

United States District Court
Northern District of California
Oakland
450 Golden Gate Ave
San Francisco, CA 94102
Attn: Pro se Clerk