IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD MARTIN,

    Petitioner,

  v.

T. FELKER, Warden,

    Respondent.

No. C 07-03571 SBA (PR)

**ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner now moves for a second extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **thirty (30) days from the date of this order**.

    This Order terminates Docket no. 10.

    IT IS SO ORDERED.

DATED: 1/24/08

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Martin3571.EOT-Traverse.wpd

...

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD MARTIN,

        Plaintiff,

v.

T. FELKER et al,

        Defendant.
                                          /

Case Number: CV07-03571 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Martin V-30052
California Medical Facility
P.O. Box 2000
Vacaville, CA 95422

Dated: January 24, 2008

                                         Richard W. Wieking, Clerk
                                         By: LISA R CLARK, Deputy Clerk