Richard Martin V-30052

P.O. Box 2500

Vacaville, CA 95696

In Pro Se



FILED

JAN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Richard Martin, Petitioner,

vs.

T. Felker, Respondent,

Case No. C-07-03571 SBA (PR)

NOTICE OF CHANGE ADDRESS

To The Court and All Interested Parties:

The Petitioner's New Mailing Address is as Follows:

P.O. Box 2500, Vacaville, CA 95696, Prison ID # V-30052

Dated: 1/19/08

Respectfully submitted

Plaintiff/Petitioner
Richard Martin

HDSP
Mr. Louis Francis
H10553 / A1-101
P.O. Box 3030
Susanville, CA 96127

STATE PRIS[ON]



RENO NV 895
JAN 2008 PM 2 T

United States District Court
Northern District of California
1301 Clay Street, #400 S.
Oakland, California 94612