Richard Martin V-30052
P.O. Box 2500
Vacaville, Ca 95696

In Pro Se



**FILED**

JAN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RICHARD MARTIN,

    Petitioner,

vs.

T. FELKER,

    Respondent.

Case No. C 07-03571 SBA (PR)

APPLICATION FOR EXTENSION OF TIME AND DECLARATION

To The Court and All Interested Parties:

R. Martin, Respectfully Request for this Court to Grant him an Enlargement of Time to either Prepare, Serve, and or File the Following Pleading:

Application for Extension of Time and Declaration and Notice of Change of Address

CAUSE FOR ENLARGEMENT OF TIME IS:
No Access to Case File; Change of Address.....

I have requested 1½ previous Extensions of Time.

I, Richard Martin, hereby declare under penalty of perjury that the foregoing is true and correct. Executed on 1/19/08. At Vacaville, Ca

DECLARANT
RICHARD MARTIN

```
                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| R. MARTIN, PETITIONER, | CASE No. C 07-03571 SBA (PR) |
| VS. | PROOF OF SERVICE |
| T. FELKER, RESPONDENT. | |

I, the undersigned, hereby certify that I am over the age of eighteen years and am not a party to the above entitled action.

On ___JANUARY 19,___ , _2008_ , I served a copy of APPLICATION FOR EXTENSION OF TIME, AND NOTICE OF CHANGE OF ADDRESS by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail: SUSANVILLE, CA

(List all person(s) served in this action.)

OFFICE OF THE ATTORNEY GENERAL
445 GOLDEN GATE AVE., STE. #11000, S.F., CA 94102

I declare, under the penalty of perjury, that the foregoing is true and correct.

DATED: 1/19/08

Declarant's signature

LOUIS FRANCIS
Declarant's printed name

USDC-PROOF-3