1  RICHARD MARTIN
   California Medical Facility
2  P.O. Box 2500
   Vacaville, CA  95696-2500
3
   CDC # V30052
4  In Pro Per

FILED
JAN 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6       IN THE UNITED STATES DISTRICT COURT
7       FOR THE NORTHERN DISTRICT OF CALIFORNIA

8            CALIFORNIA SUPERIOR COURT
9            FOR THE COUNTY OF _____

10  RICHARD MARTIN                    )   CASE No. C 07-03571 SBA (PR)
        Petitioner/Plaintiff,         )
11                                    )   NOTICE OF CHANGE OF
                                      )   ADDRESS
12  vs.                               )
                                      )
13  T. FELKER, WARDEN                 )
        Respondent/Defendant.         )
14                                    )

15      Petitioner/Plaintiff hereby gives notice to the above
16  entitled court, that his address in the above matter is now:
17  RICHARD MARTIN #V30052
18  CALIFORNIA MEDICAL FACILITY
19  P.O. BOX 2500
20  VACAVILLE, CA 95696-2500
21  _____

22      Executed this JANUARY day of 24, 2008.
23                                  Rich M__
                                    Petitioner/Plaintiff
24  //
25  //

ADDCHG-F

RICHARD MARTIN #V80052
C.M.F. / W-218
P.O. BOX 2000
VACAVILLE, CA 95696



CA MEDICAL FACILITY

FIRST CLASS

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST. SUITE 400S
OAKLAND, CA 94612-5212