RICHARD MARTIN #V30052
CALIFORNIA SUBSTANCE ABUSE TRAINING FACILITY
P.O. BOX 5246
CORCORAN, CA 93212

IN PRO SE



FILED
JUN 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD MARTIN, PETITIONER,

VS.

T. FELKER, RESPONDENT,

CASE No. C 07-03571 SBA(PR)

NOTICE OF CHANGE OF ADDRESS

NC

TO THE COURT AND ALL INTERESTED PARTIES:

THE PETITIONER'S NEW MAILING ADDRESS IS AS FOLLOWS:

RICHARD MARTIN #V30052, CALIFORNIA SUBSTANCE ABUSE TRAINING FACILITY/SP.,
P.O. BOX 5246, CORCORAN, CA 93212

DATED: 6-17-08

RESPECTFULLY SUBMITTED

*Richard M.*
RICHARD MARTIN
PLAINTIFF/PETITIONER

RICHARD MARTIN # V30052
S.A.T.F.    CB-102
P.O. BOX 5246
CORCORAN, CA 93212

BAKERSFIELD CA 933
MOJAVE CA
19 JUN 2008 PM 1 T

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

946124+5212