IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD MARTIN, | ) | No. C 07-3571 SBA (PR) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| T. FELKER, Warden, | ) | |
| Respondent. | ) | |

  For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

  IT IS SO ORDERED.

DATED: 3/16/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\HC.07\Martin3571.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD MARTIN,

        Plaintiff,

  v.

T. FELKER et al,

        Defendant.
_____/

Case Number: CV07-03571 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Martin V-30052
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: March 17, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\HC.07\Martin3571.jud.wpd    2