IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTIN,<br><br>   Petitioner,<br><br> v.<br><br>T. FELKER, Warden,<br><br>   Respondent. | No. C 07-3571 SBA (PR)<br><br>**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>(Docket No. 26) |

  Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby GRANTED.

  IT IS SO ORDERED.

DATED:_9/1/10               _____
                           SAUNDRA BROWN ARMSTRONG
                           United States District Judge

P:\PRO-SE\HC.07\Martin3571.afp.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD MARTIN,

        Plaintiff,

  v.

T. FELKER et al,

        Defendant.

Case Number: CV07-03571 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Martin V-30052
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: September 2, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\HC.07\Martin3571.afp.wpd        2